Argued and submitted November 9, 1995, decision of the Court of Appeals reversed and case remanded to the Court of Appeals with instructions July 18, 1996

STATE OF OREGON,
*Petitioner on Review,*

*v.*

RICHARD OWEN READY,
*Respondent on Review.*

(CC C920041CR; CA A78407; SC S42111)

919 P2d 495

Janet A. Metcalf, Assistant Attorney General, Salem, argued the cause for petitioner on review. With her on the briefs were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Craig P. Colby, of Wall & Colby, Portland, argued the cause and filed the brief for respondent on review.

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

PER CURIAM

Durham, J., dissented and filed an opinion.

---

** Unis, J., retired June 30, 1996, and did not participate in this decision.

**DURHAM, J.,** dissenting

I respectfully dissent for the reasons expressed in my dissenting opinion in *State v. Stoneman*, 323 Or 536, 920 P2d 535 (1996).